# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| THOMAS SAXTON et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE FEDERAL HOUSING FINANCE AGENCY et al., <br><br> Defendants. | No. 15-CV-47-LRR <br><br> **ORDER** |

The matter before the court is Defendants' "Joint Motion to Stay Proceedings" ("Motion") (docket no. 78), which Defendants filed on March 31, 2016. Plaintiffs have not filed a resistance, but pursuant to Local Rule 7(e), the court shall rule on the Motion without waiting for a resistance to be filed. *See* LR 7(e) ("If a motion appears to be noncontroversial, or if circumstances otherwise warrant, the court may elect to rule on a motion without waiting for a resistance or response."). In the Motion, Defendants request that the court stay the instant action pending decision by the Judicial Panel on Multidistrict Litigation ("Panel") on whether to transfer the instant action for consolidation and coordination in the United States District Court for the District of Columbia. *See* In re *Fed. Housing Fin. Agency, et al., Preferred Stock Purchase Agreements Third Amendment Litig.*, MDL No. 2713 (J.P.M.L. 2015). Defendants state that responses to the motion to transfer pending before the Panel are due on April 6, 2016 and that Defendants may file a reply by April 13, 2016. Brief in Support of the Motion (docket no. 78-1) at 4. For the reasons stated in the Motion, the Motion is **GRANTED**. All proceedings in this matter are **STAYED** pending the Panel's determination of whether to transfer the instant action. In the event the Panel denies the motion to transfer, Plaintiffs must file their resistances

to the pending Motions to Dismiss (docket nos. 76, 77) in the instant action **by no later than fourteen days after the Panel's decision**.

    **IT IS SO ORDERED.**

    **DATED** this 4th day of April, 2016.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA